UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JIMENEZ,<br><br>                    Plaintiff,<br><br> v.<br><br>NATIONAL RECOVERY SOLUTIONS, LLC,<br><br>                    Defendant. | Case No. 1:25-cv-00191-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 8) |

On May 13, 2025, Plaintiff filed a notice voluntarily dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and with each party to bear their own costs and attorney fees. (ECF No. 8). Therefore, this action has been terminated with prejudice and with each party to bear their own costs and attorney fees. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate any pending deadlines and then to close the case.

IT IS SO ORDERED.

Dated:   **May 14, 2025**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

1